UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEYAWN WASHINGTON,<br><br>　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-00809-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Ext. Time – ECF No. 5) |

This matter is before the court on pro se Plaintiff Deyawn Washington's Motion for Extension of Time (ECF No. 5). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Plaintiff is a prisoner in the custody of the Nevada Department of Corrections ("NDOC") at the High Desert State Prison. He commenced this action on May 4, 2018, and requested permission to proceed *in forma pauperis* ("IFP"), meaning without prepaying the filing fee. The court entered an Order (ECF No. 4) on May 24, 2018, denying Washington's IFP Application (ECF No. 1) without prejudice because it was incomplete. Mr. Washington was given a deadline of June 22, 2018, to either pay the $400 filing fee or submit a completed IFP application. His current motion requests an extension of time to file the necessary documents to proceed IFP because it takes NDOC several weeks to complete the process.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Deyawn Washington's Motion for Extension of Time (ECF No. 5) is **GRANTED**.
2. Mr. Washington must file a completed IFP application on or before **July 13, 2018**, and must include: (i) a financial certificate signed by an authorized prison official and

1

Washington, (ii) a financial affidavit and acknowledgement signed by Washington, and (iii) a statement of Washington's inmate trust account for the six-month period prior to filing.

3. Alternatively, Mr. Washington shall pay the $400 filing fee on or before **July 13, 2018**.
4. Mr. Washington's failure to comply with this Order by (a) submitting a completed IFP application with the required documents, or (b) paying the filing fee before the **July 13, 2018** deadline will result in a recommendation to the district judge that this case be dismissed.

Dated this 6th day of June, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE