# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEYAWN WASHINGTON, | Case No. 2:18-cv-00809-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

The court's most recent correspondence to plaintiff Deyawn Washington was returned as undeliverable by the United States Postal Service, with a note on the envelope stating that Washington was "discharged." (Mail Returned as Undeliverable (ECF No. 12).) The court understands this note to mean that Washington is no longer is in the custody of the Nevada Department of Corrections. Washington has not filed a notice informing the court of his current address. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Washington must file a notice with his current address with the court by November 21, 2019. If Washington does not update his address by that date, the court will recommend dismissal of this case without prejudice.

IT IS SO ORDERED.

DATED: October 21, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE