# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEYAWN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00809-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On October 23, 2019, the court entered an order requiring Plaintiff to update his address so the court can communicate with him about his case, and he has not done so. (Order (ECF No. 13).) The court cautioned Plaintiff that failure to comply with the court's order would result in a recommendation that his case be dismissed under Local Rule IA 3-1. Plaintiff has not complied with the court's order, requested an extension of time to do so, or taken any other action in the case. He therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 2, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE